1    *E-filed on* _____9/8/06_____

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

| | |
|---|---|
| 12  IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT 13  LITIGATION | No. MDL-1423 This Order Applies to All Actions |
| 14  ———————————————————————— | C-02-00142 RMW C-02-00145 RMW |
| THIS ORDER RELATES TO: 15  All Actions | C-02-05437 RMW C-03-03594 RMW |
| 16 | C-03-03596 RMW C-03-03378 RMW C-03-04003 RMW |
| 17 | C-03-05758 RMW C-04-01791 RMW |
| 18 | C-04-03001 RMW C-04-03365 RMW |
| 19 | C-04-04247 RMW C-04-04359 RMW |
| 20 | C-06-03843 RMW C-06-04295 RMW |
| 21 22 23 | ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION |

24

25        Plaintiff Cygnus Telecommunications Technology, LLC moves for summary judgment that

26  references considered in the recent reexamination of the patents-in-suit may not be relied upon by

27  the defendants here when asserting invalidity of the patents-in-suit.  It is unclear from the motion the

28  precise basis on which Cygnus seeks to exclude the evidence.  Proceedings before the U.S. Patent

1  and Trademark Office are not binding on the courts.[1]  *See Quad Envtl. Techs. Corp. v. Union*

2  *Sanitary Dist.*, 946 F.2d 870, 875-76 (Fed. Cir. 1991).  If the basis of Cygnus's motion is evidentiary

3  rules, its timing is governed by the prior orders scheduling claim construction and related summary

4  judgment motions, and any such motion to exclude evidence will be considered at the November 20,

5  2006 hearing.  Cygnus's motion is denied, though without prejudice to refiling as to any specific

6  evidence which defendants seek to introduce at any evidentiary hearing.

7

8

9  DATED:        9/8/06                                    *Ronald M Whyte*

                                                          RONALD M. WHYTE
10                                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [1]  Cygnus clarified at oral argument that it was not seeking to exclude the evidence on the basis that
     the USPTO proceedings bound this court.

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                              2

1 | **A copy of this order was mailed on _____ to:**

2 | **Counsel for Plaintiff:**

Kieran Patrick Fallon
436 SW 8th Street
Miami, FL 33130-2814

3 | John P. Sutton
2421 Pierce Street

4 | San Francisco, CA 94115-1131

Matthew Francis McGahren
Baum & McGahren
6171 Crooked Creek Road

5 | **Counsel for Defendants:**

Norcross, GA 30092

6 | Alan M. Weisberg, Steven M. Greenberg
Christopher & Weisberg, P.A.

Lori D. Greendorfer, Maxim H. Waldbaum

7 | 200 E. Las Olas Avenue
Suite 2040

Schiff Hardin LLP
623 Fifth Avenue

8 | Fort Lauderdale, FL 33301

28th Floor
New York, NY 10022

9 | John C. Carey
Rodriguez Greenberg & Paul

Thomas T. Tamlyn

10 | 1395 Brickell Ave, Suite 700
Miami, FL 33131

Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue

11 | New York, NY 10017

Felice B. Galant, Gregory B. Wood

12 | Fulbright & Jaworski L.L.P.
865 South Figueroa Street

Peter S. Canelias
Law Offices of Peter S. Canelias

13 | Twenty-Ninth Floor
Los Angeles, CA 90017

420 Lexington Avenue
Suite 2148

14 | New York, NY 10170

Joseph P. Zammit

15 | Fulbright & Jaworski
666 Fifth Avenue

David T. Alexander
MBV Law LLP

16 | New York, NY 10103

855 Front Street
San Francisco, CA 94111

17 | John F. Mardula, Jon L. Roberts
Roberts Mardula & Wertheim, LLC

Jon M. Gibbs

18 | 11800 Sunrise Valley Drive
Suite 1000

Akerman, Senterfitt
255 S. Orange Avenue

19 | Reston, VA 20191-5302

Suite 1700
Post Office Box 0231

20 | Richard B. Sheldon
Mitchell Silberberg & Knupp LLP

Orlando, FL 32802-0231

21 | 11377 West Olympic Boulevard
Los Angeles, CA 90064-1683

Elizabeth E. Green, R. Scott Shuker
Gronek & Latham, LLP

22 | 390 N. Orange Avenue
Suite 600

Jeffrey L. Silvestrini, Brian F. Roberts

23 | Cohne Rappaport & Segal
P.O. Box 11008

Orlando, FL 32801

24 | Salt Lake City, UT 84147-0008

Meredith L. Caliman
Meredith L. Caliman Law Offices

25 | Raymond J. Etcheverry
Parsons, Behle & Latimer

3858 Carson Street, Suite 120
Torrance, CA 90503-6705

26 | One Utah Center
201 South Main Street,

Gregory J. Nelson

27 | Suite 1800, Post Office Box 45898
Salt Lake City, UT 84145

Nelson & Roediger
3333 E Camelback Road, Suite 212

28 | Phoenix, AZ 85018

ORDER DENYING CYGNUS'S MOTION TO EXCLUDE EVIDENCE CONSIDERED DURING REEXAMINATION—MDL-1423
JAH                                           3

1    Peter Neil Greenfeld                          **Courtesy Copy:**
     Greenfeld Law Group
2    3333 E Camelback Road, Suite 212              Clerk of the Panel
     Phoenix, AZ 85018-2324                        Judicial Panel on Multidistrict Litigation
3                                                  Thurgood Marshall Federal Judiciary Building
     Matthew McGahren                              One Columbus Circle, N.E.
4    Baum, McGahren & Chiu, LLC                    Room G-255, North Lobby
     6171 Crooked Creek Road                       Washington, DC  20002-8004
5    Norcross, GA 30092

6

7    Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list
     receive a copy of this order, if necessary, and shall inform the court of any omissions.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28